IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTHONY DAVID MCCARTY																								PLAINTIFF

V.																												CIVIL ACTION NO. 4:22-CV-00043-RP

MISSISSIPPI STATE PENITENTIARY and
MDOC																												DEFENDANTS

ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Anthony David McCarty's *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983. Doc. # 1. Plaintiff complains about the conditions of his confinement while housed at the Mississippi State Penitentiary ("MSP") and names MSP and MDOC as Defendants. *Id.* In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed. Accordingly, Plaintiff is directed to identify the individuals, if any, whom he believes are responsible for the actions alleged, and further provide a detailed account as to each named individuals' personal involvement in the alleged actions or inactions. Additionally, Plaintiff is directed to identify the approximate date(s) of the alleged incidents. Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order. Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 25th day of April, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE