IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ANTHONY DAVID MCCARTY                                                                    PLAINTIFF

V.                                                                              CIVIL ACTION NO. 4:22-CV-00043-RP

MISSISSIPPI STATE PENITENTIARY and
MDOC                                                                                    DEFENDANTS

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action against Defendants Mississippi State Penitentiary and MDOC is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 6th day of June, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE